# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 11, 2007

Charles R. Fulbruge III
Clerk

No. 06-41342

JOE CATENAZZO

                              Plaintiff–Appellee

v.

TEXAS DEPARTMENT OF ASSISTIVE AND REHABILITATIVE
SERVICES
formerly known as Texas Rehabilitation Commission

                              Defendant–Appellant

Appeal from the United States District Court
for the Southern District of Texas
No. 2:04-CV-447

Before DAVIS, STEWART, and OWEN, Circuit Judges.

PER CURIAM:[*]

        AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.